DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DIVIEN TYRESE COLSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-3070

[January 22, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline Shepherd, Judge; L.T. Case No. 502020CF000991AXXX.

Daniel Eisinger, Public Defender, and Patrick B. Burke, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Rachael Kaiman, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***